FILED
JAMES J. VILT, JR. - CLERK
DEC - 8 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

annex to the application for emergency mandatory interlocutory injunction

Case No. 5:23-CV-161-BJB

patrick sean borum

phone number    six one five two zero three four five eight zero

tiffany borum

phone number    six one five seven nine six nine eight seven five

FILED
JAMES J. VILT, JR. - CLERK
DEC - 8 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

in equity

Case No. 5:23-CV-161-BJB

## application for emergency mandatory interlocutory injunction

to the honorable chancellor holding chancery court united states district court western district of kentucky

patrick sean borum and his wife tiffany borum both residents of trigg county in the state of kentucky

vs

r brandon knoth  matt schalk  both trigg county district judges  hb quinn ad litem  carla radford cps  cody hooks ad litem  herschel nipper  christine nipper both residents of trigg county  christopher sumner resident of christian county  timothy gallogly trigg county deputy  joe witherspoon trigg county deputy  eric west kentucky state trooper  aaron acree trigg county sheriff

### premises

the complainants respectfully show to this court

grave and irreparable harm will further occur if not for the immediate intervention of the chancellor sitting in equity due to the inequitable actions of the afore mentioned defendants

i

an emergency protective order was served at the complainants home their offspring forcibly removed when complainant refused service of process and consent he was tazed arrested and charged with resisting arrest and violation of the emergency protective order he had just learned of   complainant by his parole notified officers severally of his status as a private non us citizen

one of six

ii

complainants initial hearing on twenty four august two thousand twenty three was before matt schalk trigg county district judge   complainant did not enter a plea after which matt schalk entered a plea on his behalf of not guilty

iii

twenty eight august two thousand twenty three complainant appeared before r brandon knoth trigg county judge and was granted a continuance

iv

twenty five september two thousand twenty three complainant filed notice requiring non statutory abatement  affidavit and claim of non corporate status  deed of acknowledgement and acceptance of matt schalks oath   twenty six september pre trial  conference before r brandon knoth calendar order entered  non statutory abatement was not addressed by the court  complainant noticed the court of special appearance by his parole

v

during pre trial conference seventeen october two thousand twenty three complainant noticed the court of his special appearance  complainant then moved the court for leave to enter the equitable jurisdiction in judges chambers where his equitable rights could be seen  complainants motion was denied  complainant inquired of the court if he was cognized as a living man at which time he was admonished by the court for contempt

vi

one november two thousand twenty three complainant filed a request written by his own hand requesting certified interlocutory orders and certified case files for cause two three j zero zero zero two four zero zero one and cause two three m zero zero one four one  the request for certified interlocutory orders was denied

vii

fourteen november two thousand twenty three complainant filed jurisdictional challenge by motion  motion for dismissal  order of dismissal

two of s.x

viii

seventeen november two thousand twenty three complainant received a letter from cps stating the investigation into the accusations of abuse were **unsubstantiated** complainant noticed the following several defendants of the cps findings  cody hooks ad litem by telephone and requesting and emergency ex parte hearing  noticed timothy gallogly in personam requesting he contact sheriff aaron acree for private appointment to share the findings  advising that this matter was urgent and required immediate attention  advised timothy gallogly of his duty to accompany  complainant to retrieve his offspring  timothy gallogly noticed the sergeant who advised complainant it was a civil matter  complainant then petitioned the trigg county justice center for emergency hearing ex parte to notice the court of the cps findings and regain custody of his offspring  twenty november two thousand twenty three petition for emergency ex parte hearing was filed  complainant entreated trigg county clerk of court to immediately notify judge matt schalk of the cps findings to which matt schalk replied he had not ordered investigation thus the findings do not determine the case  complainant was advised matt schalk was in livingston and when complainant offered to travel to livingston for an emergency hearing he was denied  complainant for three hours worked tirelessly to exercise his right to due process in light of the urgency of the new findings and retrieve his offspring who were taken as a result of the unsubstantiated allegations  advised ad litem hb quinn of the cps findings and reminding him of his responsibility to ensure the  best interest of the child and that this finding should quiet and claim against him  complainant the traveled to the office of carla radford to discuss the cps findings to which she was unavailable  complainant again traveled to the trigg county justice center to inquire of any new developments since sharing the cps findings and received no relief  complainant was granted an emergency hearing ex parte docketed for **seven december two thousand twenty three** seventeen days after complainant received cps findings and noticed interested parties  complainant ascertains this matter to be of the

highest urgency as it regards complainants offsprings removed from his care and custody and subsequent arrest of complainant resulting from the unsubstantiated allegations of christine nipper and herschel nipper  complainants two year old was removed from the home and her mother and father as a breast fed infant complainant has exhausted all his efforts to remedy this matter and retrieve his infant daughter in the interest of complete justice

ix

twenty seven november two thousand twenty three complainant filed notice of repentance and filed notice of rescission for cause of mistake

twenty eight november two thousand twenty three complainant filed request for certified interlocutory orders this request was denied

twenty eight november two thousand twenty three complainant notified the court of his special appearance

### prayers for special process

wherefore your complainant prays that a permanent injunction be ordered by your honor issue to inhibit and restrain the defendants and their agents from committing any further violations of complainants rights or in any way acting against complainant and their offspring  complainant entreats this honorable court to permanently enjoin the defendants from any further action in this matter and dismiss annihilate rescind and close all actions ab initio and remove any residual matters to this honorable chancellor in a court of conscience reaching back in aid and assistance of one under disability suing without next friend construing complainant liberally and adjudging and decreeing complainant a peaceful non citizen and friend   complainant prays the court consolidate the several matters before the trigg county court to insure complainants right to civilian due process and complainants right to an article iii tribunal

four of six

### prayers for special extraordinary relief

that subpoena to answer issue  that a mandatory injunction issue by order of your honor requiring and commanding the defendants forthwith to withdraw rescind and annihilate all matters and actions before the court at law ab initio and if there be any residual matters they be immediately removed to a court of competent jurisdiction where complainants private rights can be seen

that defendants and defendants agents and representatives  be enjoined and prohibited from continuing on this unfounded and meritless course of action which has caused complainant and his wife and offspring irreparable harm and injury

that the honorable chancellor order the said emergency protective order and any and all actions against him removed ab initio

that by virtue of the unsubstantiated allegations complainants offspring be returned immediately and complainant and his offspring be under the protection of the lord chancellor and the court of competent jurisdiction and defendants and their agents be permanently prohibited from any further actions which are inappropriate in an article i tribunal

that complainant be allowed damages the honorable lord chancellor deems just and right for the irreparable damage and injury done to complainant and his offspring

that complainant have such other and further relief as he may be entitled to in the name of the lord

this is the first application for emergency interlocutory injunction

### oath

patrick sean borum affirms and gives his oath that he has heard and read his foregoing application for emergency interlocutory injunction and knows the contents thereof and the statements therein made as of his own

five of six

knowledge are true and those made on information and belief he believes to be true in the name of the lord

witness _Pam Metts_    [notary seal: PAM METTS, NOTARY, ID KYNP77097, MY COMMISSION EXPIRES 9/17/2027, PUBLIC STATE AT LARGE, KY]    his _[thumbprint]_ mark

deuteronomy xix verse xv kjv mdcxi

at the mouth of two witnesses or at the mouth of three witnesses

shall the matter be stablished

witness _Emily Bowen_

witness _Angel Summers_ Angel Summers

six of six

in equity

### affidavit of service

i patrick sean attest and affirm to all defendants names in application for emergency interlocutory injunction have received service of process

r brandon knoth  matt schalk  both trigg county district judges

hb quinn ad litem

herschel nipper christine nipper both residents of trigg county

carla radford cps

cody hooks ad litem

christopher sumner resident of christian county

timothy gallogly trigg county

deputy joe witherspoon trigg county deputy

eric west kentucky state trooper

aaron acree trigg county sheriff

_____

signed sealed delivered

**PRIORITY MAIL**

patrick-sean; .bonum sui juris
c/o rural route 11 Gresham Road
Cadiz kentucky [42211]

Special
Private
Confidence

REGISTERED MAIL
RF 796 588 956 US

Retail
U.S. POSTAGE PAID
PM
CADIZ, KY 42211
DEC 05, 2023
$30.40
RDC 03
R2305H130008-07

MAILING ENVELOPE

FILED
JAMES J. VILT, JR. - CLERK
DEC - 8 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerks office
james j vilt
601 west Broadway Room 106
Gene Snyder United States Courthouse
Louisville, Kentucky 40202

Special
Private
Confidence

special